1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 SHERYL WILSON,                )  Case No.: CV 06-3211 FFM
                                  )
13         Plaintiff,             )  [~~PROPOSED~~] ORDER AWARDING
                                  )  EAJA ATTORNEY FEES
14 v.                             )
                                  )
15 MICHAEL J. ASTRUE, Commissioner)
   of Social Security,            )
16                                )
                                  )
17         Defendant.             )
                                  )
18

19     Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

21 Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,

22 the amount of THREE THOUSAND DOLLARS AND NO CENTS ($3,000.00) as

23 authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

24 Stipulation.

25 DATE: September 3, 2008
                          /S/ FREDERICK F. MUMM
26                        THE HONORABLE FREDERICK F. MUMM
                          UNITED STATES MAGISTRATE JUDGE
27

28

-1-